

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710
FAX (406) 232-4212

| DATE | INVOICE # |
|---|---|
| 08/06/2005 | 1336 |

| BILL TO |
|---|
| C & W Enterprise Inc.<br>P.O.Box 84826<br>Sioux Falls, S.D.  57118 |

| PROJECT |
|---|
| Hot Springs-BIA 4 R... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hot Springs-BIA 4 Red Shirt  - Mobilization | | 4,000.00 | 4,000.00 |
| Hot Springs-BIA 4 Red Shirt  8-3-05     Red Shirt | 32.75 | 110.00 | 3,602.50 |
| Hot Springs-BIA 4 Red Shirt  8-4-05     Red Shirt | 95.75 | 110.00 | 10,532.50 |

**Total**



PLAINTIFF'S EXHIBIT
C-1