

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710  FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
|  |  | MOBILIZATION |  | 4000.00 | 4000.00 |  |
| 08/03/2005 | 370 | 11535 | 3.5 | 385.00 | 4385.00 | 3.5 |
|  | 371 | 11379 | 3.25 | 357.50 | 4742.50 | 6.75 |
|  | 371 | 11380 | 4 | 380.00 | 5122.50 | 10.75 |
|  | 372 | 11489 | 3.25 | 357.50 | 5480.00 | 14 |
|  | 372 | 11489 | 4 | 380.00 | 5860.00 | 18 |
|  | 373 | 11336 | 3.25 | 357.50 | 6217.50 | 21.25 |
|  | 374 | 11372 | 3.25 | 357.50 | 6575.00 | 24.5 |
|  | 375 | 11338 | 3.25 | 357.50 | 6932.50 | 27.75 |
|  | 376 | 11005 | 3.25 | 357.50 | 7290.00 | 31 |
|  | 377 | 11402 | 3.25 | 357.50 | 7647.50 | 34.25 |
|  | 378 | 11520 | 3.25 | 357.50 | 8005.00 | 37.5 |
|  | 378 | 11520 | 4 | 380.00 | 8385.00 | 41.5 |
|  | 379 | 11456 | 3.25 | 357.50 | 8742.50 | 44.75 |
|  | 379 | 11456 | 4 | 380.00 | 9122.50 | 48.75 |
|  | Blade | 10266 | 9 | 315.00 | 9437.50 | 57.75 |
| 08/04/2005 | 370 | 11536 | 8.5 | 935.00 | 10372.50 | 66.25 |
|  | 371 | 11381 | 8.5 | 935.00 | 11307.50 | 74.75 |
|  | 372 | 11490 | 9 | 990.00 | 12297.50 | 83.75 |
|  | 373 | 11334 | 9 | 990.00 | 13287.50 | 92.75 |
|  | 374 | 11371 | 8.5 | 935.00 | 14222.50 | 101.25 |
|  | 375 | 11339 | 8.5 | 935.00 | 15157.50 | 109.75 |
|  | 376 | 11004 | 8.75 | 962.50 | 16120.00 | 118.5 |
|  | 377 | 11403 | 8.75 | 962.50 | 17082.50 | 127.25 |
|  | 378 | 11519 | 8.75 | 962.50 | 18045.00 | 136 |
|  | 379 | 11454 | 9 | 990.00 | 19035.00 | 145 |
|  | 12 | 11413 | 8.5 | 935.00 | 19970.00 | 153.5 |
|  | Blade | 10426 | 5 | 175.00 | 20145.00 | 158.5 |



PLAINTIFF'S EXHIBIT C-2