

# Eckart Trucking, Inc.

*P.O. Box 325*  •  *Miles City, Montana  59301*  •  *(406) 232-1710*
*FAX (406) 232-4212*

| DATE | INVOICE # |
|---|---|
| 08/13/2005 | 1337 |

**BILL TO**

C & W Enterprise Inc.
P.O.Box 84826
Sioux Falls, S.D.   57118

| | PROJECT |
|---|---|
| | Hot Springs-BIA 4 R... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hot Springs-BIA 4 Red Shirt   8/8/05        Chadron | 128 | 110.00 | 14,080.00 |
| Hot Springs-BIA 4 Red Shirt   8/9/05        Chadron | 118.75 | 110.00 | 13,062.50 |
| Hot Springs-BIA 4 Red Shirt   8/10/05      Chadron | 124.75 | 110.00 | 13,722.50 |
| Hot Springs-BIA 4 Red Shirt   8/11/05      Chadron | 129 | 110.00 | 14,190.00 |
| Hot Springs-BIA 4 Red Shirt   8/12/05      Chardon | 101.5 | 110.00 | 11,165.00 |
| | | 0.00 | 0.00 |

| **Total** | $66,220.00 |
|---|---|

PLAINTIFF'S
EXHIBIT
D-1