

# Eckart Trucking, Inc.

P.O. Box 325   •   Miles City, Montana 59301   •   (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/08/2005 | 370 | 10268 | 11.75 | 1292.50 | 1292.50 | 11.75 |
|  | 371 | 11383 | 11.75 | 1292.50 | 2585.00 | 23.5 |
|  | 372 | 11493 | 11.5 | 1265.00 | 3850.00 | 35 |
|  | 373 | 11332 | 11.5 | 1265.00 | 5115.00 | 46.5 |
|  | 374 | 11369 | 11.75 | 1292.50 | 6407.50 | 58.25 |
|  | 375 | 11341 | 11.75 | 1292.50 | 7700.00 | 70 |
|  | 376 | 11001 | 11.5 | 1265.00 | 8965.00 | 81.5 |
|  | 377 | 11405 | 12 | 1320.00 | 10285.00 | 93.5 |
|  | 378 | 11517 | 11.5 | 1265.00 | 11550.00 | 105 |
|  | 379 | 11449 | 11.5 | 1265.00 | 12815.00 | 116.5 |
|  | 12 | 11415 | 11.5 | 1265.00 | 14080.00 | 128 |
| 08/09/2005 | 370 | 10269 | 10.75 | 1182.50 | 15262.50 | 138.75 |
|  | 371 | 11384 | 10.75 | 1182.50 | 16445.00 | 149.5 |
|  | 372 | 11775 | 11 | 1210.00 | 17655.00 | 160.5 |
|  | 373 | 11328 | 10.75 | 1182.50 | 18837.50 | 171.25 |
|  | 374 | 11368 | 10.75 | 1182.50 | 20020.00 | 182 |
|  | 375 | 11342 | 10.75 | 1182.50 | 21202.50 | 192.75 |
|  | 376 | 11002 | 11 | 1210.00 | 22412.50 | 203.75 |
|  | 377 | 11406 | 10.75 | 1182.50 | 23595.00 | 214.5 |
|  | 378 | 11516 | 10.75 | 1182.50 | 24777.50 | 225.25 |
|  | 379 | 11450 | 10.75 | 1182.50 | 25960.00 | 236 |
|  | 12 | 11416 | 10.75 | 1182.50 | 27142.50 | 246.75 |
| 08/10/2005 | 370 | 10270 | 11.5 | 1265.00 | 28407.50 | 258.25 |
|  | 371 | 11385 | 11.5 | 1265.00 | 29672.50 | 269.75 |
|  | 372 | 11776 | 11.25 | 1237.50 | 30910.00 | 281 |
|  | 373 | 11331 | 11.5 | 1265.00 | 32175.00 | 292.5 |
|  | 374 | 11367 | 11.5 | 1265.00 | 33440.00 | 304 |
|  | 375 | 11343 | 11.5 | 1265.00 | 34705.00 | 315.5 |
|  | 376 | 10427 | 11 | 1210.00 | 35915.00 | 326.5 |
|  | 377 | 11407 | 11.25 | 1237.50 | 37152.50 | 337.75 |
|  | 378 | 11515 | 11.25 | 1237.50 | 38390.00 | 349 |
|  | 379 | 11448 | 11 | 1210.00 | 39600.00 | 360 |
|  | 12 | 11417 | 11.5 | 1265.00 | 40865.00 | 371.5 |



PLAINTIFF'S EXHIBIT D-2