

# Eckart Trucking, Inc.

P.O. Box 325   •   Miles City, Montana 59301   •   (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/11/2005 | 370 | 10271 | 12 | 1320.00 | 42185.00 | 383.5 |
|  | 371 | 11386 | 12 | 1320.00 | 43505.00 | 395.5 |
|  | 372 | 10490 | 12 | 1320.00 | 44825.00 | 407.5 |
|  | 373 | 11330 | 11.5 | 1265.00 | 46090.00 | 419 |
|  | 374 | 11366 | 11.75 | 1292.50 | 47382.50 | 430.75 |
|  | 375 | 11344 | 12.25 | 1347.50 | 48730.00 | 443 |
|  | 376 | 10428 | 11 | 1210.00 | 49940.00 | 454 |
|  | 377 | 11408 | 11.75 | 1292.50 | 51232.50 | 465.75 |
|  | 378 | 11514 | 11.5 | 1265.00 | 52497.50 | 477.25 |
|  | 379 | 11446 | 11.25 | 1237.50 | 53735.00 | 488.5 |
|  | 12 | 11418 | 12 | 1320.00 | 55055.00 | 500.5 |
| 08/12/2005 | 370 | 10272 | 9.5 | 1045.00 | 56100.00 | 510 |
|  | 371 | 11387 | 9.25 | 1017.50 | 57117.50 | 519.25 |
|  | 372 | 10489 | 9.5 | 1045.00 | 58162.50 | 528.75 |
|  | 373 | 11329 | 8.5 | 935.00 | 59097.50 | 537.25 |
|  | 374 | 11365 | 9.25 | 1017.50 | 60115.00 | 546.5 |
|  | 375 | 11345 | 9.5 | 1045.00 | 61160.00 | 556 |
|  | 376 | 10429 | 9 | 990.00 | 62150.00 | 565 |
|  | 377 | 11409 | 9.25 | 1017.50 | 63167.50 | 574.25 |
|  | 378 | 11513 | 9.25 | 1017.50 | 64185.00 | 583.5 |
|  | 379 | 11445 | 9 | 990.00 | 65175.00 | 592.5 |
|  | 12 | 11419 | 9.5 | 1045.00 | 66220.00 | 602 |



PLAINTIFF'S EXHIBIT
D-3