

# Eckart Trucking, Inc.

*P.O. Box 325* ● *Miles City, Montana 59301* ● *(406) 232-1710*
*FAX (406) 232-4212*

| DATE | INVOICE # |
|---|---|
| 08/20/2005 | 1338 |

**BILL TO**

C & W Enterprise Inc.
P.O.Box 84826
Sioux Falls, S.D. 57118

| PROJECT |
|---|
| Hot Springs-BIA 4 R... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hot Springs-BIA 4 Red Shirt 8/15/05     Chadron | 212.25 | 110.00 | 23,347.50 |
| Hot Springs-BIA 4 Red Shirt 8/16/05     Chadron | 187 | 110.00 | 20,570.00 |
| Hot Springs-BIA 4 Red Shirt 8/17/05     Chadron | 160.5 | 110.00 | 17,655.00 |
| Hot Springs-BIA 4 Red Shirt 8/18/05     Chadron | 130 | 110.00 | 14,300.00 |
| Hot Springs-BIA 4 Red Shirt 8/19/05     Chadron | 144 | 110.00 | 15,840.00 |

**Total**     $91,712.50



PLAINTIFF'S
EXHIBIT
D-4