

# Eckart Trucking, Inc.

P.O. Box 325   ●   Miles City, Montana 59301   ●   (406) 232-1710 FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/15/2005 | 370 | 10273 | 13.25 | 1457.50 | 1457.50 | 13.25 |
| | 371 | 11388 | 13.5 | 1485.00 | 2942.50 | 26.75 |
| | 372 | 10488 | 13.25 | 1457.50 | 4400.00 | 40 |
| | 373 | 11327 | 13.5 | 1485.00 | 5885.00 | 53.5 |
| | 374 | 11364 | 13.25 | 1457.50 | 7342.50 | 66.75 |
| | 375 | 11346 | 13.5 | 1485.00 | 8827.50 | 80.25 |
| | 376 | 10430 | 13.5 | 1485.00 | 10312.50 | 93.75 |
| | 377 | 11410 | 13.25 | 1457.50 | 11770.00 | 107 |
| | 378 | 11512 | 13.5 | 1485.00 | 13255.00 | 120.5 |
| | 379 | 11444 | 13.5 | 1485.00 | 14740.00 | 134 |
| | 12 | 11420 | 13.5 | 1485.00 | 16225.00 | 147.5 |
| | 104 | | 10.75 | 1182.50 | 17407.50 | 158.25 |
| | 105 | | 11 | 1210.00 | 18617.50 | 169.25 |
| | 111 | | 11 | 1210.00 | 19827.50 | 180.25 |
| | 820 | | 10.5 | 1155.00 | 20982.50 | 190.75 |
| | 821 | | 10.5 | 1155.00 | 22137.50 | 201.25 |
| | 824 | | 11 | 1210.00 | 23347.50 | 212.25 |
| 08/16/2005 | 370 | 10274 | 10.25 | 1127.50 | 24475.00 | 222.5 |
| | 371 | 11390 | 10.75 | 1182.50 | 25657.50 | 233.25 |
| | 372 | 10487 | 10.75 | 1182.50 | 26840.00 | 244 |
| | 373 | 11326 | 11 | 1210.00 | 28050.00 | 255 |
| | 374 | 11363 | 10.5 | 1155.00 | 29205.00 | 265.5 |
| | 375 | 11347 | 10.5 | 1155.00 | 30360.00 | 276 |
| | 376 | 10431 | 11 | 1210.00 | 31570.00 | 287 |
| | 377 | 11411 | 10.75 | 1182.50 | 32752.50 | 297.75 |
| | 378 | 11511 | 10.75 | 1182.50 | 33935.00 | 308.5 |
| | 379 | 11447 | 10.75 | 1182.50 | 35117.50 | 319.25 |
| | 12 | 11421 | 10.5 | 1155.00 | 36272.50 | 329.75 |
| | 104 | | 11.5 | 1265.00 | 37537.50 | 341.25 |
| | 105 | | 11.75 | 1292.50 | 38830.00 | 353 |
| | 111 | | 11.75 | 1292.50 | 40122.50 | 364.75 |
| | 820 | | 11.75 | 1292.50 | 41415.00 | 376.5 |
| | 821 | | 11.25 | 1237.50 | 42652.50 | 387.75 |
| | 824 | | 11.5 | 1265.00 | 43917.50 | 399.25 |


PLAINTIFF'S EXHIBIT
D-5