

# Eckart Trucking, Inc.

P.O. Box 325  •  Miles City, Montana 59301  •  (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/17/2005 | 370 | 10275 | 9 | 990.00 | 44907.50 | 408.25 |
| | 371 | 10508 | 9 | 990.00 | 45897.50 | 417.25 |
| | 372 | 10486 | 8.75 | 962.50 | 46860.00 | 426 |
| | 373 | 11325 | 8.5 | 935.00 | 47795.00 | 434.5 |
| | 374 | 11362 | 8.75 | 962.50 | 48757.50 | 443.25 |
| | 375 | 11348 | 8.75 | 962.50 | 49720.00 | 452 |
| | 376 | 10432 | 10.5 | 1155.00 | 50875.00 | 462.5 |
| | 377 | 11412 | 9 | 990.00 | 51865.00 | 471.5 |
| | 378 | 11510 | 8.75 | 962.50 | 52827.50 | 480.25 |
| | 379 | 11443 | 10.5 | 1155.00 | 53982.50 | 490.75 |
| | 12 | 114722 | 9 | 990.00 | 54972.50 | 499.75 |
| | 104 | | 10 | 1100.00 | 56072.50 | 509.75 |
| | 105 | | 9.75 | 1072.50 | 57145.00 | 519.5 |
| | 111 | | 10 | 1100.00 | 58245.00 | 529.5 |
| | 820 | | 10 | 1100.00 | 59345.00 | 539.5 |
| | 821 | | 10 | 1100.00 | 60445.00 | 549.5 |
| | 824 | | 10.25 | 1127.50 | 61572.50 | 559.75 |
| 08/18/2005 | 370 | 10276 | 8 | 880.00 | 62452.50 | 567.75 |
| | 371 | 10509 | 8 | 880.00 | 63332.50 | 575.75 |
| | 372 | 10485 | 8 | 880.00 | 64212.50 | 583.75 |
| | 373 | 11324 | 8 | 880.00 | 65092.50 | 591.75 |
| | 374 | 11361 | 8 | 880.00 | 65972.50 | 599.75 |
| | 375 | 10491 | 8 | 880.00 | 66852.50 | 607.75 |
| | 376 | 10433 | 8 | 880.00 | 67732.50 | 615.75 |
| | 377 | 11925 | 8 | 880.00 | 68612.50 | 623.75 |
| | 378 | 10529 | 8 | 880.00 | 69492.50 | 631.75 |
| | 379 | 11442 | 8 | 880.00 | 70372.50 | 639.75 |
| | 12 | 11423 | 8 | 880.00 | 71252.50 | 647.75 |
| | 104 | | 7 | 770.00 | 72022.50 | 654.75 |
| | 105 | | 7 | 770.00 | 72792.50 | 661.75 |
| | 111 | | 7 | 770.00 | 73562.50 | 668.75 |
| | 820 | | 7 | 770.00 | 74332.50 | 675.75 |
| | 821 | | 7 | 770.00 | 75102.50 | 682.75 |
| | 824 | | 7 | 770.00 | 75872.50 | 689.75 |



PLAINTIFF'S EXHIBIT
D-6