

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/19/2005 | 370 | 10277 | 10 | 1100.00 | 76972.50 | 699.75 |
|  | 371 | 10510 | 10 | 1100.00 | 78072.50 | 709.75 |
|  | 372 | 10484 | 9.75 | 1072.50 | 79145.00 | 719.5 |
|  | 373 | 11323 | 9.75 | 1072.50 | 80217.50 | 729.25 |
|  | 374 | 11360 | 9.75 | 1072.50 | 81290.00 | 739 |
|  | 375 | 10492 | 9.75 | 1072.50 | 82362.50 | 748.75 |
|  | 376 | 10434 | 9.75 | 1072.50 | 83435.00 | 758.5 |
|  | 377 | 11926 | 10 | 1100.00 | 84535.00 | 768.5 |
|  | 378 |  |  | 0.00 | 84535.00 | 768.5 |
|  | 379 | 11441 | 9.75 | 1072.50 | 85607.50 | 778.25 |
|  | 12 | 11424 | 10.5 | 1155.00 | 86762.50 | 788.75 |
|  | 104 |  | 7.5 | 825.00 | 87587.50 | 796.25 |
|  | 105 |  | 7.5 | 825.00 | 88412.50 | 803.75 |
|  | 111 |  | 7.5 | 825.00 | 89237.50 | 811.25 |
|  | 820 |  | 7.5 | 825.00 | 90062.50 | 818.75 |
|  | 821 |  | 7.5 | 825.00 | 90887.50 | 826.25 |
|  | 824 |  | 7.5 | 825.00 | 91712.50 | 833.75 |


PLAINTIFF'S EXHIBIT D-7