

# Eckart Trucking, Inc.

P.O. Box 325  •  Miles City, Montana 59301  •  (406) 232-1710
FAX (406) 232-4212

| DATE | INVOICE # |
|---|---|
| 08/27/2005 | 1340 |

**BILL TO**

C & W Enterprise Inc.
P.O. Box 84826
Sioux Falls, S.D. 57118

| | PROJECT |
|---|---|
| | Hot Springs-BIA 4 R... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hot Springs-BIA 4 Red Shirt 8-25-05  Chadron | 181.5 | 110.00 | 19,965.00 |
| Hot Springs-BIA 4 Red Shirt 8-26-05  Chadron | 175.25 | 110.00 | 19,277.50 |
| Hot Springs-BIA 4 Red Shirt 8-27-05  Chadron | 175.25 | 110.00 | 19,277.50 |

**Total**



PLAINTIFF'S EXHIBIT
D-8