

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/25/2005 | 370 | 10280 | 10.75 | 1182.50 | 52112.50 | 473.75 |
| | 371 | 10512 | 11.75 | 1292.50 | 53405.00 | 485.5 |
| | 372 | 10480 | 11.5 | 1265.00 | 54670.00 | 497 |
| | 373 | 11320 | 11.5 | 1265.00 | 55935.00 | 508.5 |
| | 374 | 11356 | 11 | 1210.00 | 57145.00 | 519.5 |
| | 375 | 10497 | 11.5 | 1265.00 | 58410.00 | 531 |
| | 376 | 10438 | 11 | 1210.00 | 59620.00 | 542 |
| | 377 | 11939 | 11 | 1210.00 | 60830.00 | 553 |
| | 378 | 10547 | 11 | 1210.00 | 62040.00 | 564 |
| | 379 | 11963 | 11.25 | 1237.50 | 63277.50 | 575.25 |
| | 12 | 11946 | 11 | 1210.00 | 64487.50 | 586.25 |
| | 104 | | 8.5 | 935.00 | 65422.50 | 594.75 |
| | 105 | | 9.5 | 1045.00 | 66467.50 | 604.25 |
| | 111 | | 11.5 | 1265.00 | 67732.50 | 615.75 |
| | 820 | | 11.5 | 1265.00 | 68997.50 | 627.25 |
| | 821 | | 11.25 | 1237.50 | 70235.00 | 638.5 |
| | 824 | | 6 | 660.00 | 70895.00 | 644.5 |



PLAINTIFF'S EXHIBIT D-9