

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/26/2005 | 370 | 10281 | 10.75 | 1182.50 | 72077.50 | 655.25 |
| | 371 | 10513 | 11.25 | 1237.50 | 73315.00 | 666.5 |
| | 372 | 10476 | 11 | 1210.00 | 74525.00 | 677.5 |
| | 373 | 11318 | 10.75 | 1182.50 | 75707.50 | 688.25 |
| | 374 | 11355 | 11 | 1210.00 | 76917.50 | 699.25 |
| | 375 | 10498 | 10.75 | 1182.50 | 78100.00 | 710 |
| | 376 | 11964 | 10.75 | 1182.50 | 79282.50 | 720.75 |
| | 377 | 11938 | 10.75 | 1182.50 | 80465.00 | 731.5 |
| | 378 | 10546 | 10.75 | 1182.50 | 81647.50 | 742.25 |
| | 379 | 11962 | 11.25 | 1237.50 | 82885.00 | 753.5 |
| | 12 | 11947 | 11 | 1210.00 | 84095.00 | 764.5 |
| | 104 | | 8.75 | 962.50 | 85057.50 | 773.25 |
| | 105 | | 8.75 | 962.50 | 86020.00 | 782 |
| | 111 | | 8.75 | 962.50 | 86982.50 | 790.75 |
| | 820 | | 11.5 | 1265.00 | 88247.50 | 802.25 |
| | 821 | | 8.75 | 962.50 | 89210.00 | 811 |
| | 824 | | 8.75 | 962.50 | 90172.50 | 819.75 |
| 08/27/2005 | 370 | 10282 | 10.75 | 1182.50 | 91355.00 | 830.5 |
| | 371 | 10514 | 10.5 | 1155.00 | 92510.00 | 841 |
| | 372 | 10477 | 10.75 | 1182.50 | 93692.50 | 851.75 |
| | 373 | 11317 | 10.75 | 1182.50 | 94875.00 | 862.5 |
| | 374 | 11354 | 10.5 | 1155.00 | 96030.00 | 873 |
| | 375 | 10499 | 10.25 | 1127.50 | 97157.50 | 883.25 |
| | 376 | 11977 | 10 | 1100.00 | 98257.50 | 893.25 |
| | 377 | 11937 | 10.75 | 1182.50 | 99440.00 | 904 |
| | 378 | 10545 | 10.5 | 1155.00 | 100595.00 | 914.5 |
| | 379 | 11961 | 10.5 | 1155.00 | 101750.00 | 925 |
| | 12 | 11993 | 10.5 | 1155.00 | 102905.00 | 935.5 |
| | 104 | | 10.5 | 1155.00 | 104060.00 | 946 |
| | 105 | | 9 | 990.00 | 105050.00 | 955 |
| | 111 | | 11 | 1210.00 | 106260.00 | 966 |
| | 820 | | 10.5 | 1155.00 | 107415.00 | 976.5 |
| | 821 | | 10 | 1100.00 | 108515.00 | 986.5 |
| | 824 | | 8.5 | 935.00 | 109450.00 | 995 |



PLAINTIFF'S EXHIBIT
D-10