

# Eckart Trucking, Inc.

P.O. Box 325  •  Miles City, Montana  59301  •  (406) 232-1710
FAX (406) 232-4212

| DATE | INVOICE # |
|---|---|
| 09/03/2005 | 1341 |

**BILL TO**

C & W Enterprise Inc.
P.O.Box 84826
Sioux Falls, S.D.   57118

| PROJECT |
|---|
| Hot Springs-BIA 4 R... |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hot Springs-BIA 4 Red Shirt   8/29/05   Chadron | 173.25 | 110.00 | 19,057.50 |
| Hot Springs-BIA 4 Red Shirt   8/30/05   Chadron | 189.75 | 110.00 | 20,872.50 |
| Hot Springs-BIA 4 Red Shirt   8/31/05   Chadron | 172.5 | 110.00 | 18,975.00 |
| Hot Springs-BIA 4 Red Shirt   9/1/05    Chadron | 208.75 | 110.00 | 22,962.50 |
| Hot Springs-BIA 4 Red Shirt   9/2/05    Chadron | 198.5 | 110.00 | 21,835.00 |

**Total**  $103,702.50



PLAINTIFF'S EXHIBIT D-11