

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/29/2005 | 370 | 10283 | 11 | 1210.00 | 1210.00 | 11 |
| | 371 | 10515 | 10.75 | 1182.50 | 2392.50 | 21.75 |
| | 372 | 10474 | 11 | 1210.00 | 3602.50 | 32.75 |
| | 373 | 11316 | 11 | 1210.00 | 4812.50 | 43.75 |
| | 374 | 11353 | 10.75 | 1182.50 | 5995.00 | 54.5 |
| | 375 | 10500 | 10.5 | 1155.00 | 7150.00 | 65 |
| | 376 | 11978 | 10.5 | 1155.00 | 8305.00 | 75.5 |
| | 377 | 11936 | 11 | 1210.00 | 9515.00 | 86.5 |
| | 378 | 10544 | 11 | 1210.00 | 10725.00 | 97.5 |
| | 379 | 11960 | 11 | 1210.00 | 11935.00 | 108.5 |
| | 12 | 11994 | 11 | 1210.00 | 13145.00 | 119.5 |
| | 104 | | 5.5 | 605.00 | 13750.00 | 125 |
| | 105 | | 12 | 1320.00 | 15070.00 | 137 |
| | 111 | | 8.5 | 935.00 | 16005.00 | 145.5 |
| | 820 | | 11 | 1210.00 | 17215.00 | 156.5 |
| | 821 | | 11 | 1210.00 | 18425.00 | 167.5 |
| | 824 | | 5.75 | 632.50 | 19057.50 | 173.25 |
| 08/30/2005 | 370 | 10284 | 12 | 1320.00 | 20377.50 | 185.25 |
| | 371 | 10517 | 12.5 | 1375.00 | 21752.50 | 197.75 |
| | 372 | 10475 | 12.75 | 1402.50 | 23155.00 | 210.5 |
| | 373 | 10453 | 11.25 | 1237.50 | 24392.50 | 221.75 |
| | 374 | 11352 | 12.25 | 1347.50 | 25740.00 | 234 |
| | 375 | 10501 | 12.25 | 1347.50 | 27087.50 | 246.25 |
| | 376 | 11979 | 11 | 1210.00 | 28297.50 | 257.25 |
| | 377 | 11935 | 12 | 1320.00 | 29617.50 | 269.25 |
| | 378 | 10543 | 11 | 1210.00 | 30827.50 | 280.25 |
| | 379 | 11958 | 11.75 | 1292.50 | 32120.00 | 292 |
| | 12 | 11997 | 8.5 | 935.00 | 33055.00 | 300.5 |
| | 104 | | 8.5 | 935.00 | 33990.00 | 309 |
| | 105 | | 9 | 990.00 | 34980.00 | 318 |
| | 111 | | 12 | 1320.00 | 36300.00 | 330 |
| | 820 | | 12 | 1320.00 | 37620.00 | 342 |
| | 821 | | 12 | 1320.00 | 38940.00 | 354 |
| | 824 | | 9 | 990.00 | 39930.00 | 363 |


PLAINTIFF'S EXHIBIT D-12