

# Eckart Trucking, Inc.

*P.O. Box 325*  •  *Miles City, Montana 59301*  •  (406) 232-1710  
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 08/31/2005 | 370 | 10285 | 10.75 | 1182.50 | 41112.50 | 373.75 |
|  | 371 | 10518 | 10.5 | 1155.00 | 42267.50 | 384.25 |
|  | 372 | 10473 | 10.75 | 1182.50 | 43450.00 | 395 |
|  | 373 | 10452 | 10.5 | 1155.00 | 44605.00 | 405.5 |
|  | 374 | 11351 | 10.75 | 1182.50 | 45787.50 | 416.25 |
|  | 375 | 10502 | 10.75 | 1182.50 | 46970.00 | 427 |
|  | 376 | 11980 | 10 | 1100.00 | 48070.00 | 437 |
|  | 377 | 11934 | 10.75 | 1182.50 | 49252.50 | 447.75 |
|  | 378 | 10542 | 10.75 | 1182.50 | 50435.00 | 458.5 |
|  | 379 | 11959 | 10.75 | 1182.50 | 51617.50 | 469.25 |
|  | 12 | 11995 | 11.25 | 1237.50 | 52855.00 | 480.5 |
|  | 104 |  | 10.75 | 1182.50 | 54037.50 | 491.25 |
|  | 105 |  | 11.25 | 1237.50 | 55275.00 | 502.5 |
|  | 111 |  | 8.5 | 935.00 | 56210.00 | 511 |
|  | 820 |  | 11 | 1210.00 | 57420.00 | 522 |
|  | 821 |  | 5 | 550.00 | 57970.00 | 527 |
|  | 824 |  | 8.5 | 935.00 | 58905.00 | 535.5 |
| 09/01/2005 | 370 | 10286 | 13.5 | 1485.00 | 60390.00 | 549 |
|  | 371 | 10519 | 13 | 1430.00 | 61820.00 | 562 |
|  | 372 | 10470 | 13.25 | 1457.50 | 63277.50 | 575.25 |
|  | 373 | 10451 | 13.25 | 1457.50 | 64735.00 | 588.5 |
|  | 374 | 11350 | 13.5 | 1485.00 | 66220.00 | 602 |
|  | 375 | 10503 | 13.25 | 1457.50 | 67677.50 | 615.25 |
|  | 376 | 11981 | 13.25 | 1457.50 | 69135.00 | 628.5 |
|  | 377 | 11933 | 13.5 | 1485.00 | 70620.00 | 642 |
|  | 378 | 10541 | 13.25 | 1457.50 | 72077.50 | 655.25 |
|  | 379 | 11957 | 13.25 | 1457.50 | 73535.00 | 668.5 |
|  | 12 | 11996 | 13.5 | 1485.00 | 75020.00 | 682 |
|  | 104 |  | 14 | 1540.00 | 76560.00 | 696 |
|  | 105 |  | 11.75 | 1292.50 | 77852.50 | 707.75 |
|  | 111 |  | 11 | 1210.00 | 79062.50 | 718.75 |
|  | 820 |  | 14 | 1540.00 | 80602.50 | 732.75 |
|  | 821 |  |  | 0.00 | 80602.50 | 732.75 |
|  | 824 |  | 11.5 | 1265.00 | 81867.50 | 744.25 |



PLAINTIFF'S EXHIBIT  
D-13