

# Eckart Trucking, Inc.

P.O. Box 325 • Miles City, Montana 59301 • (406) 232-1710
FAX (406) 232-4212

#6007- Hot Springs-C & W Enterprise Inc.

| DATE | TRUCK # | INVOICE # | HRS | AMOUNT | ACCM AMT | Total Hrs |
|---|---|---|---|---|---|---|
| 09/02/2005 | 370 | 10287 | 13.25 | 1457.50 | 83325.00 | 757.5 |
| | 371 | 10520 | 13.5 | 1485.00 | 84810.00 | 771 |
| | 372 | 10471 | 13.5 | 1485.00 | 86295.00 | 784.5 |
| | 373 | 10450 | 13.5 | 1485.00 | 87780.00 | 798 |
| | 374 | 11349 | 13.75 | 1512.50 | 89292.50 | 811.75 |
| | 375 | 10504 | 13.5 | 1485.00 | 90777.50 | 825.25 |
| | 376 | 11982 | 13.25 | 1457.50 | 92235.00 | 838.5 |
| | 377 | 11932 | 13.25 | 1457.50 | 93692.50 | 851.75 |
| | 378 | 10540 | 13.5 | 1485.00 | 95177.50 | 865.25 |
| | 379 | 11956 | 13.25 | 1457.50 | 96635.00 | 878.5 |
| | 12 | 12033 | 13.5 | 1485.00 | 98120.00 | 892 |
| | 104 | | 10.75 | 1182.50 | 99302.50 | 902.75 |
| | 105 | | 10.5 | 1155.00 | 100457.50 | 913.25 |
| | 111 | | 10.75 | 1182.50 | 101640.00 | 924 |
| | 820 | | 10.75 | 1182.50 | 102822.50 | 934.75 |
| | 821 | | | 0.00 | 102822.50 | 934.75 |
| | 824 | | 8 | 880.00 | 103702.50 | 942.75 |



PLAINTIFF'S EXHIBIT D-14