Eckart vs C & W and NAS
Civil File No. 05-5101
Stipulation and Order to Dismiss

**FILED**

FEB 28 2006


CLERK

## ORDER TO DISMISS

The Court having before it the above Stipulation, and finding no cross-claims or counterclaims pending, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the complaint of Eckart Trucking, Inc. against C & W Enterprises, Inc. and North American Specialty Insurance Company is hereby dismissed with prejudice and without costs to any party.

Dated this 28 day of February, 2006.

BY THE COURT:

Karen E. Schreier
**HONORABLE KAREN E. SCHREIER**
Chief Judge, US District Court,
District of South Dakota, Western Div.

ATTEST:

_____
Clerk of Courts

(SEAL)